B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Western District of Virginia
### Harrisonburg Division

In re:  **Gorman Lester Allen Jr.   Rebecca Linette Allen** _____,      Case No. **12-51033** _____

Debtors                                                          (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None ❑   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 13,000.00 | 2010 Income- wife | 2010 |
| 43,277.00 | 2010 Income- husband | 2010 |
| 0.00 | 2011 Income- wife | 2011 |
| 48,816.00 | 2011 Income- husband | 2011 |
| 40,734.75 | 2012 YTD Income- husband | 2012 |
| 0.00 | 2012 YTD Income- wife | 2012 |

## 2.  Income other than from employment or operation of business

None ❑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 6,780.00 | 2010 Child Support Income- wife | 2010 |
| 6,780.00 | 2011 Child Support Income- wife | 2011 |
| 1,130.00 | 2012 YTD Child Support Income- wife | 2012 |

2

## 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
☑      services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless
       the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
       (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
       repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
       under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90
☑      days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
       affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
       were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
       plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
       13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑      benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
       by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
       not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Schewel Furniture Co. Inc. v. Gorman Allen** | **Warrant in Detinue** | **Waynesboro General District Court 237 Market Ave Waynesboro, VA  22980** | **Judgment** |
| **Coffman Funeral Home & Crematory v. Gorman Allen    V11-1116** | **Warrant in Debt** | **Staunton General District Court 113 E. Beverley Street Staunton, VA  24401** | **Judgment** |
| **Springleaf Financial Services of America Inc. v. Gorman & Rebecca Allen    V11-1349** | **Warrant in Debt** | **Staunton General District Court 113 E. Beverly Street, 1st Flr. Staunton, VA  24401** | **Judgment** |
| **Coffman Funeral Home v. Gorman Allen    GV11001116-01** | **Garnishment Summons** | **Staunton general District Court 113 E. Beverley Street Staunton, VA  24401** | **Judgment** |

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.   Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Regional Acceptance 1424 East Fire Tower Rd Greenville, NC  27858** | **12/01/2011** | **2008 Mitsubishi Eclipse $12,000** |

## 6.   Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None
❑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Bob Pugh 1782 Hundley Branch Rd Scottsville, VA** | **Step-dad** | **09/01/2011** | **1994 Chevrolet Truck $2730** |

## 8.  Losses

None
☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None
❑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Carlton Legal Services, PLC 118 MacTanly Place Staunton, VA   24401** | | **$106.00** |

## 10.  Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Ashley Bankus** unknown    Friend | 08/01/2011 | **2005 Pontiac G6** **$5000** |
| **Charlie Obaugh Auto Group** **P.o. Box 2648** **Staunton, VA  24401**    Car lot | 02/01/2012 | **1994 Chevrolet Truck** **Trade-in** |
| **Lofton Leasing LLC** **28 Imperial Drive** **Staunton, VA  24401**    None | 01/27/2012 | **699 Old White Hill Road** **Stuarts Draft, VA  24477** **$140,000** |
| **Shenandoah Harley Davidson**    None | 08/01/2011 | **1996 Harley Davidson** **$5000** |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None

☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None

☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1782 Hundley Branch Rd<br>Scottsville, VA  24590 | Gorman L. Allen Jr. | 11/2011-2/2012 |
| 699 Old Whitehill Road<br>Stuarts Draft, VA  24477 | Rebecca Allen | 9/2010-2/2012 |

## 16. Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

7

None ☑ b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑ b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☑ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ☑ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

8

**None** ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                           DATE ISSUED

## 20.  Inventories

**None** ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other
basis)

**None** ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                            NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                           OF INVENTORY RECORDS

## 21.  Current Partners, Officers, Directors and Shareholders

**None** ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                  NATURE OF INTEREST          PERCENTAGE OF INTEREST

**None** ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                            NATURE AND PERCENTAGE
NAME AND ADDRESS                  TITLE                     OF STOCK OWNERSHIP

## 22.  Former partners, officers, directors and shareholders

**None** ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                     ADDRESS                         DATE OF WITHDRAWAL

**None** ☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

                                                        DATE OF TERMINATION
NAME AND ADDRESS                  TITLE

## 23.  Withdrawals from a partnership or distributions by a corporation

**None** ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                          AMOUNT OF MONEY
OF RECIPIENT,             DATE AND PURPOSE               OR DESCRIPTION
RELATIONSHIP TO DEBTOR    OF WITHDRAWAL                  AND VALUE OF PROPERTY

**9**

### 24. Tax Consolidation Group.

None

☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __8/23/2012__

Signature of Debtor    __/s/ Gorman Lester Allen Jr.__
**Gorman Lester Allen Jr.**

Date __8/23/2012__

Signature of Joint Debtor (if any)    __/s/ Rebecca Linette Allen__
**Rebecca Linette Allen**

B6A (Official Form 6A) (12/07)

In re:  **Gorman Lester Allen Jr.    Rebecca Linette Allen**                          Case No.  **12-51033**
                                 **Debtors**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Burial Plot Oaklawn Memoiral** | **Fee Owner** | **J** | **$  2,000.00** | **$      0.00** |
| **primary residence 5 Willard Court Stuarts Draft, VA  24477** <br><br> **Tax assessed value- $189,000** | **Fee Owner** | **J** | **$ 222,900.00** | **$ 259,113.21** |
| | Total | ➤ | **$ 224,900.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Gorman Lester Allen Jr.   Rebecca Linette Allen**                    Case No.  **12-51033**

                                   **Debtors**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | **10.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account- Savings Account- DuPont Community Credit Union** | H | **55.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Appliances** | H | **2,300.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Basement/laundry items including washer, dryer, etc.** | J | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bathroom items including towels, sheets, etc.** | J | **80.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom 1 items including 2 dressers, etc.** | J | **200.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom 2 items including bed, dresser, etc.** | J | **150.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom 3 items including 2 dressers, bed, etc.** | J | **250.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom 4 items including crib, dresser, etc.** | J | **150.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Camcorder** | J | **150.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Camera** | J | **80.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Den items including 2 chairs, desk, etc.** | J | **200.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Dining room items including table, 6 chairs, etc.** | J | **200.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | H | **3,000.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Garage/lawn care items including tools, etc.** | J | **150.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen items including refrigerator, stove, coffee maker, dishes, pots, pans, utensils, small appliances, etc.** | J | **800.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gorman Lester Allen Jr.   Rebecca Linette Allen**   ,   Case No.  **12-51033**
_____           _____
**Debtors**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living room items including 2 sofas, chair, etc.** | J | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Rag dolls** | J | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Tools** | H | **6,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing- dependents** | J | **300.00** |
| Wearing apparel. | | **Clothing- husband** | H | **300.00** |
| Wearing apparel. | | **Clothing- wife** | W | **300.00** |
| 7. Furs and jewelry. | | **Jewelry- wedding/engagement** | J | **150.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Bicycle** | J | **25.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA- Ameriprise** | H | **3,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Back child support owed** | W | **1,500.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Garnished funds** | H | **1,952.32** |
| Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Tax refund- Federal- prorated** | J | **720.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Gorman Lester Allen Jr.   Rebecca Linette Allen**                    Case No.   **12-51033**
                    **Debtors**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | **Tax refund- State- prorated** | J | 70.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 GMC Yukon** | W | 2,380.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Lexus RX300** | H | 12,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Pets- 2 dogs, cat** | J | 1.00 |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gorman Lester Allen Jr.    Rebecca Linette Allen**                    .           Case No.  **12-51033**
                                    **Debtors**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _3_  continuation sheets attached | Total ˃ | **$  36,773.32** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Gorman Lester Allen Jr.   Rebecca Linette Allen**                    ,     Case No.  **12-51033**
                                                    Debtors                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| 1996 GMC Yukon | CV § 34-26(8) | 1.00 | 2,380.00 |
| 2002 Lexus RX300 | CV § 34-26(8) | 6,000.00 | 12,000.00 |
| | CV § 34-4,34-13 | 2,199.48 | |
| Appliances | CV § 34-26(4a) | 1.00 | 2,300.00 |
| Back child support owed | CV § 34-4,34-13 | 1.00 | 1,500.00 |
| Bank Account- Savings Account- DuPont Community Credit Union | CV § 34-4,34-13 | 55.00 | 55.00 |
| Basement/laundry items including washer, dryer, etc. | CV § 34-26(4a) | 100.00 | 100.00 |
| Bathroom items including towels, sheets, etc. | CV § 34-26(4a) | 80.00 | 80.00 |
| Bedroom 1 items including 2 dressers, etc. | CV § 34-26(4a) | 200.00 | 200.00 |
| Bedroom 2 items including bed, dresser, etc. | CV § 34-26(4a) | 150.00 | 150.00 |
| Bedroom 3 items including 2 dressers, bed, etc. | CV § 34-26(4a) | 250.00 | 250.00 |
| Bedroom 4 items including crib, dresser, etc. | CV § 34-26(4a) | 150.00 | 150.00 |
| Bicycle | CV § 34-4,34-13 | 25.00 | 25.00 |
| Burial Plot Oaklawn Memorial | CV § 34-26(3) | 2,000.00 | 2,000.00 |
| Camcorder | CV § 34-4,34-13 | 150.00 | 150.00 |
| Camera | CV § 34-26(4a) | 80.00 | 80.00 |
| Cash | CV § 34-4,34-13 | 10.00 | 10.00 |
| Clothing- dependents | CV § 34-26(4) | 300.00 | 300.00 |
| Clothing- husband | CV § 34-26(4) | 300.00 | 300.00 |
| Clothing- wife | CV § 34-26(4) | 300.00 | 300.00 |
| Den items including 2 chairs, desk, etc. | CV § 34-26(4a) | 200.00 | 200.00 |

B6C (Official Form 6C) (4/10) - Cont.

In re   **Gorman Lester Allen Jr.   Rebecca Linette Allen**                        ,   Case No.   **12-51033**

Debtors                                                     (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Dining room items including table, 6 chairs, etc.** | **CV § 34-26(4a)** | **200.00** | **200.00** |
| **Furniture** | **CV § 34-26(4a)** | **433.70** | **3,000.00** |
| **Garage/lawn care items including tools, etc.** | **CV § 34-26(4a)** | **150.00** | **150.00** |
| **Garnished funds** | **CV § 34-4,34-13** | **1,952.32** | **1,952.32** |
| **IRA- Ameriprise** | **CV § 34-34** | **3,000.00** | **3,000.00** |
| **Jewelry- wedding/engagement** | **CV § 34-26(1a)** | **150.00** | **150.00** |
| **Kitchen items including refrigerator, stove, coffee maker, dishes, pots, pans, utensils, small appliances, etc.** | **CV § 34-26(4a)** | **800.00** | **800.00** |
| **Living room items including 2 sofas, chair, etc.** | **CV § 34-26(4a)** | **100.00** | **100.00** |
| **Pets- 2 dogs, cat** | **CV § 34-26(5)** | **1.00** | **1.00** |
| **primary residence 5 Willard Court Stuarts Draft, VA  24477**<br><br>**Tax assessed value- $189,000** | **CV § 34-4,34-13** | **1.00** | **222,900.00** |
| **Rag dolls** | **CV § 34-26(4a)** | **100.00** | **100.00** |
| **Tax refund- Federal- prorated** | **CV § 34-4,34-13** | **720.00** | **720.00** |
| **Tax refund- State- prorated** | **CV § 34-4,34-13** | **70.00** | **70.00** |
| **Tools** | **CV § 34-4,34-13** | **1.00** | **6,000.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re **Gorman Lester Allen Jr.   Rebecca Linette Allen**            .        Case No. **12-51033**
                                                    **Debtors**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aaron's<br>1106 Lee Jackson Highway<br>Suite D<br>Staunton, VA  24401 | | H | 11/01/2011<br>Security Agreement<br>Furniture<br><br>VALUE $3,000.00 | | | | 2,566.30 | 0.00 |
| ACCOUNT NO.<br><br>Hunter Reed<br>Snap-On<br>551 Draft Avenue<br>Stuarts Draft, VA  24477 | | H | 08/01/2011<br>Security Agreement<br>Tools<br><br>VALUE $6,000.00 | | | | 6,641.82 | 641.82 |
| ACCOUNT NO.  LLEN<br><br>Lee Jackson Leasing<br>P.O. Box 2648<br>Staunton, VA  24401 | | H | 02/01/2012<br>Security Agreement<br>2002 Lexus RX300<br><br>VALUE $12,000.00 | | | | 3,854.58 | 0.00 |
| ACCOUNT NO.  3523<br><br>Lofton Leasing LLC<br>28 Imperial Drive<br>Staunton, VA  24401<br><br><br>Farmers & Merchants Bank<br>P.O. Box 2087<br>Long Beach, CA  90801 | | H | 02/01/2012<br>Deed of Trust<br>primary residence<br>5 Willard Court<br>Stuarts Draft, VA  24477<br><br>Tax assessed value- $189,000<br><br>VALUE $222,900.00 | | | | 95,913.21 | 0.00 |

1      continuation sheets
       attached

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| $      108,975.91 | $      641.82 |

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **Gorman Lester Allen Jr.   Rebecca Linette Allen**          .          Case No.   **12-51033**
_____                    _____
                            **Debtors**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Schewel Furniture Company** <br>**P.O. Box 460** <br>**Waynesboro, VA  22980** | | H | **10/01/2010** <br>**Security Agreement** <br>**Appliances** <br><br>**VALUE $2,300.00** | | | | **2,604.25** | **304.25** |
| ACCOUNT NO.  **8108** <br><br>**Springleaf Financial** <br>**850 Statler Blvd** <br>**Suite 113** <br>**Staunton, VA  24401** | | J | **01/01/2011** <br>**Security Agreement** <br>**1996 GMC Yukon** <br><br>**VALUE $2,380.00** | | | | **3,557.46** | **1,177.46** |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $      **6,161.71** | $      **1,481.71** |
| $    **115,137.62** | $      **2,123.53** |

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6E (Official Form 6E) (4/10)

In re  __Gorman Lester Allen Jr.   Rebecca Linette Allen__              Case No.  __12-51033__
                                         Debtors                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re  **Gorman Lester Allen Jr.   Rebecca Linette Allen**                         ,   Case No.   __12-51033__
Debtors                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Augusta County - Treasurer's Office P. O. Box 590 Verona, VA  24482-0590** | | J | **2011 personal property taxes** | | | | 186.70 | 186.70 | $0.00 |
| ACCOUNT NO. **Rockbridge County Treasurer's Office P. O. Box 784 Lexington, VA  24450** | | J | **2009-2011 personal property taxes** | | | | 354.24 | 354.24 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➢ (Totals of this page)  $ **540.94** | $ **540.94** | $ **0.00**

Total ➢ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ **540.94**

Total ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )  $ **540.94** | $ **0.00**

B6F (Official Form 6F) (12/07)

In re   **Gorman Lester Allen Jr.    Rebecca Linette Allen**                    Case No.   **12-51033**
_____                                            _____
                    **Debtors**                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **7502** | | **H** | 11/01/2011 | | | | 228.00 |
| **Alfa Insurance** **4480 Cox Rd** **Suite 300** **Glen Allen, VA  23060** **Benuck & Rainey, Inc.** **221 Old Concord Tpke** **Barrington, NH  03825** | | | insurance | | | | |
| ACCOUNT NO.    **3488** | | **W** | 11/01/2011 | | | | 921.50 |
| **Anesthesia Associates of Augusta** **P. O. Box 890580** **Charlotte, NC  28289-0580** | | | medical services | | | | |
| ACCOUNT NO.    **7932** | | **W** | 10/01/2011 | | | | 1,933.81 |
| **AT&T** **1209 Richmond Ave** **Staunton, VA  24401** **EOS/CCA** **P.O. Box 5012** **Norwell, MA  02061** | | | cell service | | | | |
| ACCOUNT NO.    **8472** | | **H** | 11/01/2011 | | | | 52.32 |
| **Augusta County Service Authority** **P.O. Box 859** **Verona, VA  24482** | | | water service | | | | |

<u>10</u>   Continuation sheets attached

                                                                    Subtotal  ➤ | $ | **3,135.63** |

                                                                       Total  ➤ | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gorman Lester Allen Jr.   Rebecca Linette Allen**                    Case No.   **12-51033**
_____                              _____
                    **Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **369**<br><br>**Augusta Health Care for Women**<br>**39 Beam Lane**<br>**Fishersville, VA  22939** | | W | **11/01/2011**<br><br>medical services | | | | **1,705.76** |
| ACCOUNT NO.   **5782**<br><br>**Augusta Health Care, Inc.**<br>**P. O. Box 1000**<br>**Fishersville, VA  22939-1000** | | J | **11/01/2011**<br><br>medical services | | | | **136.04** |
| ACCOUNT NO.   **7524**<br><br>**Augusta Health Care, Inc.**<br>**P. O. Box 1000**<br>**Fishersville, VA  22939-1000**<br><br><br>**FirstPoint Collection Resources Inc.**<br>**225 Commerce Place**<br>**P.O. Box 26140**<br>**Greensboro, NC  27402-6140** | | J | **03/01/2011**<br><br>medical services | | | | **20,777.52** |
| ACCOUNT NO.   **7322**<br><br>**Blue Ridge Radiologists, Inc.**<br>**401 Commerce Road**<br>**Suite 413**<br>**Staunton, VA  24401** | | W | **11/01/2011**<br><br>medical services | | | | **240.00** |

_10_   Continuation sheets attached

Sheet no. _1_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **22,859.32**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gorman Lester Allen Jr.   Rebecca Linette Allen**                    Case No.   **12-51033**
                                    _____
                    **Debtors**                                               **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Chex Systems**<br>**7805 Hudson Rd**<br>**Woodbury, MN  55125** | | W | **12/01/2010**<br><br>**returned check** | | | | **593.19** |
| ACCOUNT NO.<br><br>**Clair Park Animal Hospital**<br>**P.O. Box 880**<br>**Stuarts Draft, VA  24477** | | W | **08/01/2010**<br><br>**pet care** | | | | **341.96** |
| ACCOUNT NO.<br><br>**Coffman Funeral Home**<br>**230 Frontier Drive**<br>**Staunton, VA  24401** | | H | **04/01/2011**<br><br>**burial** | | | | **8,000.00** |
| ACCOUNT NO.   **5021**<br><br>**Comcast**<br>**P.O. Box 3005**<br>**Southeastern, PA  19398** | | W | **11/01/2011**<br><br>**cable service** | | | | **634.17** |
| ACCOUNT NO.   **2502**<br><br>**Comcast**<br>**2303 N Augusta Street**<br>**Staunton, VA  24401**<br><br><br>**Credit Protection Association LP**<br>**13355 Noel Rd**<br>**Dallas, TX  75240** | | W | **01/01/2010**<br><br>**cable service** | | | | **1,434.17** |

_____10_____   Continuation sheets attached

Sheet no. _2_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **11,003.49**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gorman Lester Allen Jr.   Rebecca Linette Allen**                    Case No.  **12-51033**
                                    **Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Commonwealth of Virginia**<br>**1111 E Main Street, Suite 901**<br>**Richmond, VA  23219**<br><br><br>**Violation Processing**<br>**P.O. Box 1234**<br>**Clifton Forge, VA  24422** | | W | 02/01/2012<br><br>fines | | | | 648.40 |
| ACCOUNT NO.<br><br>**Craig Poen**<br>**639 Grubert Avenue**<br>**Staunton, VA  24401** | | H | 01/01/2010<br><br>tool payment | | | | 550.00 |
| ACCOUNT NO.   **0306**<br><br>**Department of Motor Vehicles**<br>**P.O. Box 27412**<br>**Richmond, VA  23269**<br><br><br>**NCO Financial Systems, Inc.**<br>**507 Prudentail Road**<br>**Horsham, PA  19044** | | W | 12/01/2011<br><br>tags | | | | 371.00 |
| ACCOUNT NO.<br><br>**Driver Heating Oil Inc.**<br>**170 N. Bayard Avenue**<br>**P.O. Box 1765**<br>**Waynesboro, VA  22980** | | H | 02/01/2012<br><br>purchases | | | | 1,300.16 |

_10_  Continuation sheets attached

Sheet no. _3_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **2,869.56**

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gorman Lester Allen Jr.   Rebecca Linette Allen**                    Case No. **12-51033**
                     Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **9567**<br><br>**Family Circle Billing Center**<br>**1716 Locust Street**<br>**Des Moines, IA  50309** | | W | **12/01/2011**<br><br>**purchase** | | | | **44.98** |
| ACCOUNT NO.  **6424**<br><br>**First Premier Bank**<br>**P.O. Box 5524**<br>**Sioux Falls, SD  57117-5524**<br><br><br>**LVNV Funding LLC**<br>**15 South Main Street**<br>**#600**<br>**Greenville, SC  29601**<br><br>**Convergent Outsourcing Inc**<br>**10750 Hammerly Blvd #200**<br>**Houston, TX  77043** | | H | **12/01/2011**<br><br>**credit card** | | | | **673.64** |
| ACCOUNT NO.<br><br>**Gary Eavers**<br>**27 Wilson Blvd**<br>**Fishersville, VA  22939** | | H | **09/01/2011**<br><br>**personal loan** | | | | **2,500.00** |
| ACCOUNT NO.  **E000**<br><br>**John Ocheltree**<br>**100-A MacTanly Place**<br>**Staunton, VA  24401** | | W | **02/01/2008**<br><br>**medical services** | | | | **669.85** |

_10_  Continuation sheets attached

Sheet no. _4_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  **3,888.47**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gorman Lester Allen Jr.    Rebecca Linette Allen**                    Case No.  **12-51033**
_____                               _____
                        Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Lexington Horse Center**<br>**487 Maury River Rd**<br>**Lexington, VA  24450** | | W | 02/01/2011<br><br>horse shows | | | | 300.00 |
| ACCOUNT NO.    **8359**<br><br>**Lidee Aesthetics**<br>**1992 Medical Ave**<br>**Harrisonburg, VA  22801** | | W | 02/01/2011<br><br>medical services | | | | 55.00 |
| ACCOUNT NO.<br><br>**Nelson, McPherson, Summers & Santos L.C.**<br>**P.O. Box 1287**<br>**12 N. New Street**<br>**Staunton, VA  24402-1287** | | W | 12/01/2010<br><br>legal services | | | | 495.50 |
| ACCOUNT NO.    **8951**<br><br>**Ntelos**<br>**P.O. Box 580113**<br>**Charlotte, NC  28258** | | W | 10/01/2011<br><br>cell phone service | | | | 1,868.92 |

_10_   Continuation sheets attached

Sheet no. _5_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **2,719.42**

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gorman Lester Allen Jr.   Rebecca Linette Allen**                    Case No.  **12-51033**

Debtors                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5571**<br><br>**QVC**<br>**1200 Wilson Drive**<br>**West Chester, PA  19380**<br><br><br>**Penn Credit**<br>**P.O. Box 1259**<br>**Dept. 91047**<br>**Oaks, PA  19456** | | W | 10/01/2011<br><br>purchase | | | | 602.61 |
| ACCOUNT NO.   **9212**<br><br>**Regional Acceptance Corp**<br>**1424 East Fire Tower Rd**<br>**Greenville, NC  27858** | | W | 02/01/2012<br><br>car repossession | | | | 5,794.10 |
| ACCOUNT NO.   **8875**<br><br>**Schwans**<br>**115 W College Dr**<br>**Marshall, MN  56258**<br><br><br>**Complete Payment Recovery Services Inc.**<br>**P.O. Box 30184**<br>**Tampa, FL  33630** | | W | 09/01/2010<br><br>purchase | | | | 400.00 |
| ACCOUNT NO.   **multi**<br><br>**Shenandoah Emer Med Specialist**<br>**P.O. Box 8057**<br>**Philadelphia, PA  19101-8057** | | H | 10/01/2011<br><br>medical services | | | | 1,532.00 |

_____10_____  Continuation sheets attached

Sheet no.  6  of  10  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                8,328.71

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gorman Lester Allen Jr.   Rebecca Linette Allen**　　　　　　Case No.  **12-51033**

　　　　　　　　　　　　**Debtors**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **0303** | | W | 11/01/2011 | | | | 387.00 |
| **Shenandoah Emer Med Specialist** **P.O. Box 8057** **Philadelphia, PA  19101-8057** **NCO Financial Systems Inc.** **4000 E 5th Ave** **Columbus, OH  43219** | | | medical services | | | | |
| ACCOUNT NO. | | J | | | | | 2,000.00 |
| **StellarOne** **850 Statler Blvd** **Suite 101A** **Staunton, VA  24401** | | | overdraft | | | | |
| ACCOUNT NO. | | J | 01/01/2000 | X | | | 1.00 |
| **SunTrust** **214 W Beverley Street** **Staunton, VA  24401** | | | foreclosure on property | | | | |
| ACCOUNT NO. | | W | 08/01/2009 | | | | 1,200.00 |
| **Tammy Slack** **2870 Lee Jackson Highway** **Staunton, VA  24401** | | | personal loan | | | | |
| ACCOUNT NO. | | W | | | | | 12.98 |
| **Taste of Home** **P.O. Box 5294** **Harlan, IA  51593** | | | purchase | | | | |

　　　　　　　<u>10</u>　 Continuation sheets attached

Sheet no. <u>7</u> of <u>10</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal　➤ $ 　　　　**3,600.98**

Total　➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gorman Lester Allen Jr.   Rebecca Linette Allen**                  Case No.  **12-51033**
                            Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **042V**<br><br>**United Bank**<br>**49 Lee Jackson Hwy**<br>**Suite 101**<br>**Staunton, VA  24401**<br><br>**Glenn Associates Mid-Atlantic Inc.**<br>**14504 Greenview Drive**<br>**Suite 107**<br>**Laurel, MD  20725** | | W | 08/01/2011<br><br>overdraft | | | | 349.99 |
| ACCOUNT NO.  **5248**<br><br>**UVA Health Services Foundation**<br>**500 Ray C. Hunt Drive**<br>**Charlottesville, VA  22903-2981** | | W | 08/01/2009<br><br>medical services | | | | 361.15 |
| ACCOUNT NO.  **5248**<br><br>**UVA Health Services Foundation**<br>**500 Ray C. Hunt Drive**<br>**Charlottesville, VA  22903-2981** | | H | 03/01/2011<br><br>medical services | | | | 361.15 |
| ACCOUNT NO.  **5248**<br><br>**UVA Health Services Foundation**<br>**500 Ray C. Hunt Drive**<br>**Charlottesville, VA  22903-2981** | | H | 12/01/2011<br><br>medical services | | | | 60.33 |

_10_   Continuation sheets attached

Sheet no. _8_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              **1,132.62**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gorman Lester Allen Jr.   Rebecca Linette Allen**                                    Case No.  **12-51033**
_____                                    _____
Debtors                                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5088**<br><br>**UVA Health Services Foundation**<br>**500 Ray C. Hunt Drive**<br>**Charlottesville, VA  22903-2981** | | H | 09/01/2011<br><br>medical services | | | | 167.89 |
| ACCOUNT NO.   **2980**<br><br>**UVA Medical Center**<br>**Patient Financial Services**<br>**P. O. Box 800750**<br>**Charlottesville, VA  22908** | | H | 12/01/2011<br><br>medical services | | | | 280.00 |
| ACCOUNT NO.   **0001**<br><br>**Verizon**<br>**Bankruptcy Administration**<br>**P.O. Box 3397**<br>**Bloomington, IL  61702**<br><br>**United Collection Bureau**<br>**5620 Southwyck Blvd**<br>**Suite 206**<br>**Toledo, VA  43614** | | W | 08/01/2009<br><br>cell phone service | | | | 2,688.13 |
| ACCOUNT NO.   **5165**<br><br>**Violation Processing Center**<br>**P.O. Box 1234**<br>**Clifton Forge, VA  24422** | | W | 09/01/2011<br><br>Unpaid toll fees | | | | 51.40 |

_____10_____   Continuation sheets attached

Sheet no.  _9_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $      **3,187.42**

Total  ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gorman Lester Allen Jr.   Rebecca Linette Allen**                Case No. **12-51033**
                                              **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **8730**<br><br>**WA Hartman Memorials**<br>**459 Noll Drive**<br>**Harrisonburg, VA  22802** | | H | 10/01/2011<br><br>burial services | | | | 300.00 |
| ACCOUNT NO.   **3043**<br><br>**Wells Fargo**<br>**427 Lee Jackson Highway**<br>**Staunton, VA  24401**<br><br><br>**Credit Collection Service**<br>**Two Wells Avenue**<br>**Newton, MA  02459** | | W | 12/01/2011<br><br>overdraft | | | | 604.66 |

_10_  Continuation sheets attached

Sheet no. _10_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $              **904.66**

Total ➢ $         **63,630.28**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **Gorman Lester Allen Jr.    Rebecca Linette Allen**_____ ,    Case No.  **12-51033**_____
_____**Debtors**_____    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Gorman Lester Allen Jr.    Rebecca Linette Allen**                    Case No.    **12-51033**
_____                                    _____
                            **Debtors**                                                      **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6I (Official Form 6I) (12/07)

In re **Gorman Lester Allen Jr. Rebecca Linette Allen**                     Case No.   **12-51033**
_____                                     _____
**Debtors**                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Daughter** | **18** |
| | **Son** | **14** |
| | **Grandson** | **0** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mechanic** | **Homemaker** |
| Name of Employer | **Eavers Tire Pros, LLC** | |
| How long employed | **7 years** | |
| Address of Employer | **27 Wilson Blvd** **Fishersville, VA  22939** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 3,505.66 | $ 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 3,505.66 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 570.50 | $ 0.00 |
| b. Insurance | $ | 628.61 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify) | $ | 0.00 | $ 0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,199.11 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,306.55 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 565.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 565.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,306.55 | $ 565.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,871.55 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

In re  **Gorman Lester Allen Jr. Rebecca Linette Allen**                              Case No.    **12-51033**
_____                                          _____
                                    **Debtors**                                                                (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**NONE**

B6J (Official Form 6J) (12/07)

In re **Gorman Lester Allen Jr. Rebecca Linette Allen**                    ,    Case No.    **12-51033**

Debtors                                                                           (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 605.00 |
| a. Are real estate taxes included?    Yes _____    No ✓ | | |
| b. Is property insurance included?    Yes _____    No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 120.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 0.00 |
| d. Other **Cable t.v./satellite dish** | $ | 87.00 |
| **Cell phone** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 45.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 155.00 |
| e. Other **GMAC insurance** | $ | 147.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    **personal property taxes** | $ | 18.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Cleaning supplies** | $ | 15.00 |
| **Diapers** | $ | 60.00 |
| **Makeup** | $ | 15.00 |
| **Pet supplies** | $ | 25.00 |
| **School supplies** | $ | 20.00 |
| **Toiletries** | $ | 50.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ **2,392.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,871.55 |
| b. Average monthly expenses from Line 18 above | $ | 2,392.00 |
| c. Monthly net income (a. minus b.) | $ | 479.55 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

## Western District of Virginia

## Harrisonburg Division

In re  **Gorman Lester Allen Jr.   Rebecca Linette Allen** ,          Case No.  **12-51033**
                                        Debtors

                                                                Chapter     **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      224,900.00 | | |
| B - Personal Property | YES | 4 | $       36,773.32 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $      115,137.62 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $         540.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $       63,630.28 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $       2,871.55 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $       2,392.00 |
| TOTAL | | 27 | $      261,673.32 | $      179,308.84 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of Virginia
### Harrisonburg Division

In re  **Gorman Lester Allen Jr.    Rebecca Linette Allen**

Debtors

Case No.  <u>12-51033</u>

Chapter  <u>13</u>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   540.94 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   540.94 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   2,871.55 |
| Average Expenses (from Schedule J, Line 18) | $   2,392.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   6,556.12 |

**United States Bankruptcy Court**
**Western District of Virginia**
**Harrisonburg Division**

In re  **Gorman Lester Allen Jr.   Rebecca Linette Allen**

Debtors

Case No.  **12-51033**

Chapter  **13**

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **2,123.53** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **540.94** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **63,630.28** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **65,753.81** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Gorman Lester Allen Jr.    Rebecca Linette Allen**                          Case No.  **12-51033**
                                                                                                                    **(If known)**
                              Debtors

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of            **29**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   **8/23/2012**                              Signature:   **/s/ Gorman Lester Allen Jr.**
                                                                        **Gorman Lester Allen Jr.**
                                                                                   Debtor

Date:   **8/23/2012**                              Signature:   **/s/ Rebecca Linette Allen**
                                                                        **Rebecca Linette Allen**
                                                                           (Joint Debtor, if any)

                                                      [If joint case, both spouses must sign]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Western District of Virginia
## Harrisonburg Division

In re:    **Gorman Lester Allen Jr.**          **Rebecca Linette Allen**          Case No.    **12-51033**

                                                                          Chapter     **13**

        Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,750.00 |
| Prior to the filing of this statement I have received | $ | 106.00 |
| Balance Due | $ | 2,644.00 |

2.  The source of compensation paid to me was:

    ☑ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor                    ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
        of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
        my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
        attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
      including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
          a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    [Other provisions as needed]
          **In addition to the fees listed above, client(s) have paid $281.00 Chapter 13 filing fee, $13.00 Bounce Back from
          Bankruptcy book, and $50.00 expense deposit.**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

          **Services excluded by written fee agreement between debtor(s) and counsel.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **8/23/2012**


                            **/s/ David L. Meeks**
                            **David L. Meeks, Bar No.  65734**


                            **Carlton Legal Services, PLC**
                            Attorney for Debtor(s)

---

**B 201A** (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation  ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
    Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
    Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.
    **Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**B 201B** (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

**In re** **Gorman Lester Allen Jr.**                                      Case No.  **12-51033**
         **Rebecca Linette Allen**
_____                                      Chapter  ___**13**___
                              **Debtor**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

We, the debtors, affirm that we have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Gorman Lester Allen Jr.**                      X **/s/ Gorman Lester Allen Jr.**          **8/23/2012**
_____                  **Gorman Lester Allen Jr.**
**Rebecca Linette Allen**                            Signature of Debtor                    Date
_____
Printed Name(s) of Debtor(s)                     X **/s/ Rebecca Linette Allen**           **8/23/2012**
                                                 **Rebecca Linette Allen**
Case No. (if known)  **12-51033**                   Signature of Joint Debtor               Date
_____

_____

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.