**B6A (Official Form 6A) (12/07)**

In re:  **Gorman Lester Allen Jr.    Rebecca Linette Allen**,    Case No. **12-51033**
**Debtors**    (If known)

# AMENDED - SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Burial Plot** **Oaklawn Memoiral** | **Fee Owner** | **J** | $ 2,000.00 | $ 0.00 |
| **primary residence** **5 Willard Court** **Stuarts Draft, VA  24477** **Tax assessed value- $189,000** | **Fee Owner** | **J** | $ 222,900.00 | $ 259,200.00 |
| | | Total  ➢ | **$ 224,900.00** | |

(Report also on Summary of Schedules.)

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

**In re  Gorman Lester Allen Jr.    Rebecca Linette Allen** ,                                          **Case No.  12-51033**
                                                    **Debtors**                                                                                        **(If known)**

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      **29**       sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **5/12/2013**                            Signature:  **/s/ Gorman Lester Allen Jr.**
                                                                       **Gorman Lester Allen Jr.**
                                                                                        Debtor

Date:  **5/12/2013**                            Signature:  **/s/ Rebecca Linette Allen**
                                                                       **Rebecca Linette Allen**
                                                                                (Joint Debtor, if any)

                                                               [If joint case, both spouses must sign]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*