# COUNTY OF AUGUSTA, VA.



**RICHARD T. HOMES,** TREASURER

AUGUSTA COUNTY GOVERNMENT CENTER
P.O. BOX 590, VERONA, VA 24482-0590
(540) 245-5660 FAX (540) 245-5663

October 31, 2013

United Bankruptcy Court

116 N. Main ST.

Room 223

Harrisonburg VA   22802

To Whom It May Concern:

This is to inform your office that the Augusta County Treasurer's Office wishes to withdraw claim #2, Chapter 13 for Gorman Lester Allen, Jr. and Rebecca Linette Allen in the amount of $192.72. Case number is 12-51033.

If you have any questions please let us know.

Sincerely,

Richard T. Homes

Augusta County Treasurer

Enc.

FILED-HARRISONBURG, VA
U.S. BANKRUPTCY COURT

NOV 1 - 2013

By _____
DEPUTY CLERK

Verona: 245-5600
From Deerfield: 939-4111

TOLL FREE NUMBERS

Waynesboro: 942-5113
From Bridgewater, Grottoes, Harrisonburg,
Mt. Solon & Weyers Cave: 828-6205