UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

IN RE:   Gorman Lester Allen, Jr.              Chapter 7 No. 12-51033
         Rebecca Linette Allen,

                 Debtors.

GORMAN LESTER ALLEN, JR., and
REBECCA LINETTE ALLEN,

                 Debtors/Plaintiffs,

v.

AUGUSTA HEALTH CARE, INC., d/b/a
Augusta Medical Center,

                 Defendant.


**<u>ORDER RESOLVING OBJECTION TO CLAIM</u>**


In this Chapter 7 case the Trustee was authorized to sell the Debtors' jointly owned real estate free and clear of liens and distribute the proceeds as appropriate. Defendant Augusta Health Care, Inc. ("AMC") filed a timely proof of claim, No. 17-1, amended by Claim No. 17-2. On April 23, 2014, the Debtors filed a renewed objection to Claim 17-2. The Trustee is presently holding the proceeds of the sale of the real estate for distribution pending the resolution of the Debtors' objection to AMC's proof of claim.

Upon the representation of the parties to the Court that all matters in controversy between them with respect to Claim 17-2 and the Debtors' objection thereto have been resolved, and

with the consent of the Trustee as indicated by his endorsement below, it is hereby ORDERED that the Debtors' objection to Claim 17-2 is sustained in part and overruled in part and Augusta Health Care, Inc., shall be allowed a joint claim against the Debtors in the amount of $20,531.69 which shall be treated as a joint claim against the funds held by the Trustee from the sale of the Debtors' real estate which they held as husband and wife as tenants by the entirety with survivorship.

ENTER: /s/ Rebecca B Connelly
United States Bankruptcy Judge

DATE: 7/22/2014

**WE ASK FOR THIS:**

s/Neal L. Walters
Neal L. Walters, Esq.
Virginia State Bar No. 32048
Rebecca C. Hryvniak, Esq.
Virginia State Bar No. 78946
Attorneys for Plaintiff
Scott│Kroner PLC
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
Telephone: (434) 296-2161
Fax: (434) 293-2073
E-mail: nwalters@scottkroner.com


**s/David L. Meeks**
David L. Meeks, Esq.
Carlton Legal Services, P.L.C.

2

118 MacTanly Place
Staunton, VA 24401
(540) 213-0547
V.S.B. #65734

**SEEN AND NO OBJECTION**:

**s/George I. Vogel**
George I. Vogel , Esq., Trustee
P. O. Box 18188
Roanoke, Virginia 24014

Case 12-51033    Doc 112    Filed 07/22/14    Entered 07/22/14 12:59:11    Desc Main
                        Document      Page 3 of 3

118 MacTanly Place
Staunton, VA 24401
(540) 213-0547
V.S.B. #65734

**SEEN AND NO OBJECTION**:

**s/George I. Vogel**
George I. Vogel , Esq., Trustee
P. O. Box 18188
Roanoke, Virginia 24014

118 MacTanly Place
Staunton, VA 24401
(540) 213-0547
V.S.B. #65734

**SEEN AND NO OBJECTION**:

**s/George I. Vogel**
George I. Vogel , Esq., Trustee
P. O. Box 18188
Roanoke, Virginia 24014